IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| DEBRA POLAND, | * |
| Plaintiff, | * |
| v. | *  CV 124-002 |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | * |
| Defendant. | * |

**O R D E R**

Before the Court is Plaintiff's motion to stay all deadlines and for leave of absence. (Doc. 17.) Plaintiff's counsel is receiving medical treatment the next four weeks and requests a stay and suspension of all deadlines through and including June 3, 2024. (Id. at 1.) Plaintiff also represents Defendant does not object to this request. (Id. at 2.)

Upon due consideration, the Court **GRANTS** Plaintiff's motion. (Doc. 17.) The above-captioned case is hereby **STAYED**.[1] The Court **DIRECTS** the Parties to file a motion to lift the stay or status report with the Court by **JUNE 3, 2024**. Magistrate Judge Brian K. Epps will issue an order addressing Plaintiff's leave of absence.

---

[1] The Court notes that the stay does not extend any deadlines that have already passed prior to this Order.

**ORDER ENTERED** at Augusta, Georgia, this ___7th___ day of May, 2024.

```
_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
```