IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

DEBRA POLAND,                         *
                                      *
        Plaintiff,                    *
                                      *
            v.                        *        CV 124-002
                                      *
NATIONWIDE MUTUAL INSURANCE           *
COMPANY,                              *
                                      *
        Defendant.                    *
                                      *

                            _____

                        O R D E R

                            _____

    Before the Court is Plaintiff's status report.  (Doc. 20.)

On May 7, 2024, the Court stayed this case at Plaintiff's request

and instructed the Parties to either move to lift the stay or file

a status report by June 3, 2024.  (Doc. 18.)  In Plaintiff's status

report, she indicated, as of June 10, 2024, she is ready to proceed

and requests the Court lift the stay.  (Doc. 20, at 1.)  Upon due

consideration, the Clerk is **DIRECTED** to lift the stay in the above-

captioned case.

    **ORDER ENTERED** at Augusta, Georgia, this ___/1th__ day of June,

2024.

                                _____
                                HONORABLE J. RANDAL HALL
                                UNITED STATES DISTRICT JUDGE
                                SOUTHERN DISTRICT OF GEORGIA